FANNIE RADER v. LEO RADER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHESTER W. FAIRLIE, as Trustee, etc., v. SPENCER W. STEWART and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LINDA MILLER v. PAUL PRAGER and Another, Defendants, Impleaded with BLACK & WHITE & TOWN TAXIS, INC., and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WILLIAM FISHER and Another v. JOHN KLINGER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOE LOWE CO., INC., v. FRANK R. CLARKE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc. (Taxes of 1918.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc. (Taxes of 1919.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc. (Taxes of 1920.) — Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

VICTOR LEVY v. ISIDOR NATHAN.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

BERNARD LEVY, an Infant, etc., v. ISIDOR NATHAN.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ESTHER GRUBER v. BENJAMIN GRUBER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RAYMOND S. WILE v. NASSAU SMELTING AND REFINING WORKS, LTD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RALPH S. MIRANTZ v. FEDERAL HAT WORKS, INC.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

PETER REZZOAGLI v. " JOHN " O'HANLON, etc.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.